**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SimpleAir, Inc., a Texas Corporation<br><br>    Plaintiff<br><br>vs.<br><br>AWS Convergence Technologies, Inc., a Delaware corporation; The Weather Channel Interactive, Inc., a Georgia corporation; Apple, Inc., a California corporation; Research in Motion Corporation, a Delaware corporation; Research in Motion Limited, a Canadian corporation; Facebook, Inc., a California corporation, ESPN, Inc., a Delaware corporation; Disney Online, a California corporation; The Walt Disney Company, a Delaware corporation; ABC, Inc., a New York corporation; Handango, Inc., a Delaware corporation; and Handmark, Inc., a Missouri corporation<br><br>    Defendants. | CASE NO. 2-09-CV-00289<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF SIMPLEAIR, INC.'S COMPLAINT**

Defendant FACEBOOK, INC.'s Second Unopposed Motion for Extension of Time in Which to Answer, Move or Otherwise Respond to Plaintiff SimpleAir, Inc.'s Complaint for Patent Infringement is GRANTED.

//

//

//

//

It is therefore ORDERED that Defendant FACEBOOK, INC. has until and through December 7, 2009 to answer, move or otherwise respond to Plaintiff SimpleAir, Inc.'s Complaint for Patent Infringement.

SIGNED this 19th day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE