IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AWS Convergence Technologies, Inc., et al.,<br><br>Defendants. | Civil Action No. 2:09-CV-289 (CE)<br><br>**Jury Demanded** |

## ORDER

Having read and considered Plaintiff SimpleAir's Unopposed Motion to Amend the Docket Control Order, and good cause appearing, the Court hereby GRANTS the motion and ORDERS that the Docket Control Order (dkt. #119) is amended as follows:

| **Event** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff complies with P.R. 3-1 and 3-2 | June 14, 2010 | June 16, 2010 |
| Defendants comply with P.R. 3-3 and 3-4 | August 11, 2010 | August 13, 2010 |

SIGNED this 15th day of June, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE