IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, INC. § | | |
| § | | |
| PLAINTIFF, § | CIVIL ACTION NO. 2:09-CV-289-CE | |
| § | | |
| v. § | | |
| § | | |
| AWS CONVERGENCE § | JURY TRIAL DEMANDED | |
| TECHNOLOGIES, INC., ET AL. § | | |
| § | | |
| DEFENDANTS. § | | |

## ORDER

The Unopposed Motion to Amend the Docket Control Order shall be, and is hereby, GRANTED. The Court hereby GRANTS the motion and ORDERS that the Docket Control Order (dkt. #119) is amended as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Defendants comply with P.R. 3-3 and 3-4 | August 18, 2010 | August 26, 2010 |

SIGNED this 26th day of July, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE