# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC., a Texas corporation ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.  ) | CASE NO. 2:09-cv-00289-CE |
| ) | |
| AWS CONVERGENCE TECHNOLOGIES, ) | **JURY TRIAL DEMANDED** |
| INC., a Delaware corporation; THE ) | |
| WEATHER CHANNEL INTERACTIVE, ) | |
| INC., a Georgia corporation; APPLE INC., a ) | |
| California corporation; RESEARCH IN ) | |
| MOTION CORPORATION, a Delaware ) | |
| corporation; RESEARCH IN MOTION ) | |
| LIMITED; a Canadian corporation; ) | |
| FACEBOOK, INC., a Delaware corporation; ) | |
| ESPN ENTERPRISES, INC., a Delaware ) | |
| corporation; DISNEY ONLINE, a California ) | |
| corporation; AMERICAN BROADCASTING ) | |
| COMPANIES, INC., a Delaware corporation; ) | |
| HANDANGO, INC., a Delaware corporation; ) | |
| and HANDMARK, INC., a Missouri ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF INITIAL WRITTEN DISCLOSURES OF
## THE RESEARCH IN MOTION DEFENDANTS

Defendants Research In Motion Ltd. and Research In Motion Corporation hereby notify the Court that they have served on counsel of record their Initial Disclosures.

Dated: August 6, 2010                                         Respectfully submitted,


                                                              */s/ William L. LaFuze*
                                                              William L. LaFuze
                                                              Texas Bar No. 11792500


US 502239v.1

Vinson & Elkins L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
Telephone:  713.758.2595
Facsimile:  713.615.5317
wlafuze@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael A. Valek
Texas Bar No. 24044028
mvalek@velaw.com
Avelyn M. Ross
Texas Bar No. 24027871
aross@velaw.com
David D. Hornberger
Texas Bar No. 24055686
dhornberger@velaw.com
Efren Garcia
Texas Bar No. 24055524
egarcia@velaw.com
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX  78746
Telephone:  512.542.8807
Facsimile:  512.236.3284
*ATTORNEYS TO BE NOTICED*

Brian R. Nester
bnester@sidley.com
Kevin C. Wheeler
kwheeler@sidley.com
**SIDLEY AUSTIN**
1501 K St. NW
Washington, DC  20005
Telephone:  202-736-8907
Facsimile:  202-736-8711
*ATTORNEYS TO BE NOTICED*

2

David T. Pritikin
dpritikin@sidley.com
**SIDLEY AUSTIN**
Bank One Plaza
One South Dearborn Ave
Chicago, IL  60603
Telephone:  312-853-7359
Facimile:  312-853-7036
*ATTORNEY TO BE NOTICED*

Li Chen
lchen@sidley.com
**SIDLEY AUSTIN**
717 N. Harwood, Suite 3400
Dallas, TX  75201
Telephone:  214-981-3385
Facsimile:  214-981-3400
*ATTORNEY TO BE NOTICED*

Joe W. Redden, Jr.
Texas Bar No. 16660600
jredden@brsfirm.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
Timothy Cleveland
Texas Bar No. 24055318
tcleveland@brsfirm.com
Robert David "B.D." Daniel
Texas Bar No. 05362200
bddaniel@brsfirm.com
**BECK REDDEN & SECREST LLP**
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX  77010-2020
Telephone:  713.951.3700
Facsimile:   713.951.3720
*ATTORNEYS TO BE NOTICED*

3

>    Harry Lee Gillam, Jr.
>    Texas Bar No. 07921800
>    **GILLAM & SMITH**
>    303 S. Washington Avenue
>    Marshall, TX 75670
>    Telephone: 903.934.8450
>    Facsimile:  903.935.9257
>    gil@gillamsmithlaw.com
>    *ATTORNEY TO BE NOTICED*
>
>    **ATTORNEYS FOR RESEARCH IN MOTION, LTD. AND RESEARCH IN MOTION CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

>    */s/ William L. LaFuze*
>    William L. LaFuze

4