# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC. § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:09-CV-289-CE |
| § | |
| AWS CONVERGENCE § | JURY TRIAL DEMANDED |
| TECHNOLOGIES, INC., ET AL. § | |
| § | |
| DEFENDANTS. § | |

## DEFENDANTS RESEARCH IN MOTION LTD. AND RESEARCH IN MOTION CORPORATIONS' NOTICE OF COMPLIANCE WITH P.R. 3-3 AND P.R. 3-4

Research In Motion Ltd. and Research In Motion Corporation, defendants in the above-entitled and numbered civil action, hereby notify the Court that they have served their Patent Rule 3-3 and 3-4 disclosures to SimpleAir, Inc. in compliance with the Court's amended Docket Control Order entered July 26, 2010.

Dated: August 27, 2010

Respectfully submitted,

/s/ *Li Chen*
Li Chen
Texas Bar No. 24001142
lchen@sidley.com
**SIDLEY AUSTIN**
717 N. Harwood, Suite 3400
Dallas, TX 75201
Telephone: 214-981-3385
Facsimile: 214-981-3400

David T. Pritikin
dpritikin@sidley.com
**SIDLEY AUSTIN**
Bank One Plaza
One South Dearborn Ave
Chicago, IL 60603
Telephone: 312-853-7359
Facsimile: 312-853-7036

Brian R. Nester
bnester@sidley.com
Kevin C. Wheeler
kwheeler@sidley.com
**SIDLEY AUSTIN**
1501 K St. NW
Washington, DC 20005
Telephone: 202-736-8907
Facsimile: 202-736-8711

William L. LaFuze
*ATTORNEY IN CHARGE*
Texas Bar No. 11792500
wlafuze@velaw.com`
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: 713.758.2595
Facsimile: 713.615.5317

Steven R. Borgman
Texas Bar No. 02670300
sborgman@velaw.com
**VINSON &ELKINS L.L.P.**
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: 713.758.2595
Facsimile: 713.615.5317

Michael A. Valek
Texas Bar No. 24044028
mvalek@velaw.com
Avelyn M. Ross
Texas Bar No. 24027871
aross@velaw.com
David D. Hornberger

Texas Bar No. 24055686
dhornberger@velaw.com
Efren Garcia
Texas Bar No. 24055524
egarcia@velaw.com
**VINSON &ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: 512.542.8807
Facsimile: 512.236.3284

Joe W. Redden, Jr.
Texas Bar No. 16660600
jredden@brsfirm.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
Timothy Cleveland
Texas Bar No. 24055318
tcleveland@brsfirm.com
Robert David "B.D." Daniel
Texas Bar No. 05362200
bddaniel@brsfirm.com
**BECK REDDEN & SECREST LLP**
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010-2020
Telephone: 713.951.3700
Facsimile: 713.951.3720

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
**GILLAM & SMITH**
303 S. Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.935.9257
gil@gillamsmithlaw.com

**ATTORNEYS FOR RESEARCH IN MOTION, LTD. AND RESEARCH IN MOTION CORPORATION**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3):

Dated:   August 27, 2010              */s/ Li Chen*
                                                      Li Chen