# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| **SIMPLEAIR, INC.** § § | | |
| *Plaintiff*, § § | **CIVIL ACTION NO. 2:09-CV-289-CE** | |
| v. § § | | |
| **AWS CONVERGENCE** § **TECHNOLOGIES, INC.,** *et al.*, § § | **JURY TRIAL DEMANDED** | |
| *Defendants*. § | | |

## **ORDER**

Defendant Apple Inc.'s Motion to Amend the Docket Control Order shall be, and is hereby, GRANTED. The Docket Control Order (Dkt No.119) is modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Comply with P.R. 4-1 | March 2, 2011 | March 8, 2011 |
| Comply with P.R. 4-2 | March 23, 2011 | March 25, 2011 |

SIGNED this 3rd day of March, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE