# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AWS Convergence Technologies, Inc., et al., <br><br> Defendants. | Civil Action No. 2:09-CV-289 (CE) <br><br> **Jury Demanded** |

## ORDER AMENDING DOCKET CONTROL ORDER

Having read and considered SimpleAir's Unopposed Motion to Amend Docket Control Order, and good cause appearing, the Court hereby GRANTS the motion and ORDERS that the Docket Control Order (dkt. #119) is amended as follows:

| **Event** | **Current deadline** | **New deadline** |
|---|---|---|
| Discovery deadline – claims construction issues | April 6, 2011 | May 24, 2011 |

SIGNED this 11th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE