**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SIMPLEAIR, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:09-CV-289-CE |
| | § | |
| AWS CONVERGENCE | § | JURY TRIAL DEMANDED |
| TECHNOLOGIES, INC., ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER GRANDTING DEFENDANTS' UNOPPOSED MOTION TO AMEND CERTAIN DEADLINES IN THE COURT'S DOCKET CONTROL ORDER

Before the Court is Defendants Disney Online, ESPN Enterprises, Inc., American Broadcasting Companies, Inc., Apple, Inc., Research in Motion Ltd., and Research In Motion Corporation's Unopposed Motion to Amend Certain Deadlines in the Court's Docket Control Order [Dkt. 119].

The Court, having considered the motion, hereby GRANTS the motion and amends the Docket Control Order as follows: The fact discovery deadline is hereby extended from the current deadline of September 7, 2011, up to and including September 9, 2011.

SIGNED this 15th day of August, 2011.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE