**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation, | Civil Action No. 2:09-CV-289 (CE) |
| Plaintiff, | **Jury Demanded** |
| vs. | |
| AWS Convergence Technologies, Inc., et al., | |
| Defendants. | |

## <u>ORDER</u>

Having read and considered the Joint Motion of the Parties to Amend the Docket Control Order, and good cause appearing, the Court hereby GRANTS the motion and Orders that the Docket Control Order (dkt. #119) is amended as follows:

| Event | Previous deadline | New deadline |
|---|---|---|
| Party with the burden of proof to designate Expert Witnesses other than claims construction Expert witness report due | September 23, 2011 | October 7, 2011 |
| Designate Rebuttal Expert Witnesses other than claims construction Expert witness report due | October 17, 2011 | November 4, 2011 |

SIGNED this 20th day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE