# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>NOTICE OF DOCKETING</u>

### MISC. NO. 103 – IN RE APPLE INC

FILED, CLERK
U.S. COURT

2011 OCT -7  AM II: 29

IN EASTERN OF TEXAS

BY_____

**Date of docketing**: 10/04/2011

A petition for writ of mandamus has been filed.

**Name of petitioner(s)**: Apple Inc.

**Name of respondent(s)**, if known: SimpleAir, Inc.

**Related action**: Eastern District of Texas 09-CV-289

**Critical dates include:**
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.

Jan Horbaly
Clerk

cc: Eastern District of Texas
   Gregory Steven Arovas
   John Jeffrey Eichmann

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 103

IN RE APPLE INC.,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0326, 10-CV-0248, and 09-CV-289, Judge Charles Everingham IV.

Authorized Abbreviated Caption[2]

IN RE APPLE INC, MISC. NO. 103

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a), 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.