IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AWS Convergence Technologies, Inc., et al.,<br><br>Defendants. | Civil Action No. 2:09-CV-289 (MHS)<br><br>**Jury Demanded** |

## ORDER AMENDING DOCKET CONTROL ORDER

The Court, having read and considered the Unopposed Motion (Doc. No. 262) of Plaintiff SimpleAir, Inc. to amend the Docket Control Order (dkt. #119), and good cause appearing, hereby GRANTS the motion and ORDERS that the Docket Control Order is amended as follows:

| Event | Current deadline | New deadline |
|---|---|---|
| SimpleAir's expert report regarding infringement as to Defendant Apple | October 7, 2011 | October 10, 2011 |
| SimpleAir's expert reports regarding infringement and damages as to Defendant Research in Motion | October 7, 2011 | October 10, 2011 |

**It is SO ORDERED.**

**SIGNED this 12th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE