IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC. § § § | |
| v. § | Case No. 2:09-CV-289 |
| § § | |
| AWS CONVERGENCE § TECHNOLOGIES, ET AL. § § | |

## ORDER AMENDING DOCKET CONTROL ORDER

Before the Court is Defendants Research In Motion Ltd. and Research In Motion Corporation's Motion to Modify the Court's Docket Control Order (Doc. No. 271) and Defendant Apple Inc.'s Motion to Amend the Court's Docket Control Order (Doc. No. 280). Having considered Defendants' motions and the applicable law, the Court hereby **GRANTS** the motions and amends the Docket Control Order as set forth below:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Jury Selection in Marshall, Texas. | December 1, 2011 at 9:00 a.m. | April 23, 2012 at 2:00 p.m. |
| Pretrial Conference in Marshall, Texas | November 29. 2011 at 9:00 a.m./p.m. | April 5, 2012 at 2:00 p.m. |
| Expert Discovery Deadline | November 25, 2011 | 21 Days after exchange of rebuttal expert reports |
| For filing written objections to trial exhibits and deposition designations. | None Provided | March 22, 2012 |

| | | |
|---|---|---|
| Joint Pretrial Order, Joint Proposed Jury Instructions, and Form of the Verdict. | November 14, 2011 | March 22, 2012 |
| Motions in *Limine* Due | November 14, 2011 | March 22, 2012 |
| Parties exchange objections and counter-designations to the previously-exchanged trial exhibit lists and deposition designations. | November 11, 2011 | March 19, 2012 |
| Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings | November 7, 2011 | March 12, 2012 |
| Response to Dispositive Motions (including *Daubert* motions) | November 7, 2011 | February 13, 2012 |
| For Filing Dispositive Motions and any other motions that may require a hearing (including *Daubert* motions) | October 17, 2011 | January 23, 2012 |
| Mediation to be completed | November 11, 2011 | January 16, 2012 |
| Parties exchange trial exhibit lists and deposition designations | October 28, 2011 | February 3, 2012 |
| Defendants to Identify Trial Witnesses | October 21, 2011 | January 27, 2012 |
| Plaintiff to Identify Trial Witnesses | October 7, 2011 | January 13, 2012 |

**It is FURTHER ORDERED** that all letter briefs requesting permission to file motions for summary judgment are **DENIED** without prejudice to refiling as summary judgment motions without the need for filing letter briefs.

**It is SO ORDERED.**

**SIGNED this 27th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE