# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**DATE:**      January 27, 2012

| | |
|---|---|
| **JUDGE** | **COURTROOM DEPUTY:**   Linda Pritchard |
| **MICHAEL H. SCHNEIDER** | **COURT REPORTER:**      Jan Mason |

| | | |
|---|---|---|
| **SIMPLEAIR, INC.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL ACTION NO. 2:09-CV-289-MHS** |
| v. | § | |
| | § | |
| **AWS CONVERGENCE** | § | |
| **TECHNOLOGIES, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |

## DEFENDANT APPLE INC.'S TRIAL WITNESS LIST

Reserving the right to amend or supplement, Apple Inc. ("Apple"), defendant in the above-entitled and numbered civil action, identifies the below witnesses for trial. We reserve the right to call any of the witnesses on SimpleAir's trial witness list.

| | WITNESS LIST | | | |
|---|---|---|---|---|
| | **WITNESS** | Will Call | May Call | May, but probably not call |
| 1 | **James Callendar**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 2 | **Darryl Bleau**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

| 3 | **Steve Sinclair**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 4 | **Ziv Wolkowicki**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

| 5 | **Beth Kellermann**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 6 | **Kris Bell**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

| 7 | **Jeff Davey**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 8 | **Chip Lutton**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

| 9 | **Patrick Gates**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 10 | **Phillip Shoemaker**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

| 11 | **Steven Leung**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| --- | --- | --- | --- | --- |
| 12 | **Chris Marcellino**<br><br>Cleveland, OH<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has not been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 13 | **Dave Rothschild**<br><br>Motorola Mobility<br>San Francisco Bay Area<br><br>Testimony may relate to the Apple Mobile Messaging System, which serves as prior art to the patents at issue.<br><br>This witness has not been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

| | | | | |
|---|---|---|---|---|
| 14 | **Brian Cassidy**<br><br>c/o Ryan J. Casamiquela<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br><br>Testimony generally may concern technical issues concerning the accused products, marketing and sales of accused products, third parties relating to the accused instrumentalities, including carriers, licensing, Apple innovation, research and development, prior art, and/or additional topics.<br><br>This witness has not been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours | | X | |
| 15 | **Dr. Stephen Wicker**<br><br>Cornell University<br>Frank H T Rhodes Hall, Room 386<br>Ithaca, NY 14853<br><br>Testimony: Apple's expert on non-infringement and invalidity issues.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | X | | |
| 16 | **William Hays**<br><br>2345 Twin Lakes Circle<br>Jackson, Mississippi 39211<br><br>Testimony concerning the prior art to the patents-in-suit, Internet and wireless messaging, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

8

| 17 | **Dr. Ray Perryman**<br><br>Waco, Texas<br><br>Testimony: Apple's expert on damages issues and related testimony.<br><br>This witness has his deposition scheduled for January 31, 2012.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | X | | |
|---|---|---|---|---|
| 18 | **Jason Katz**<br><br>New York, New York (or surrounding area)<br><br>Testimony may concern patents-in-suit, subject matter of the patents, accused products, AirMedia Inc., and/or additional topics.<br><br>This witness has not been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 19 | **John Payne** (live or by deposition, including video)<br><br>Testimony may concern patents-in-suit, subject matter of the patents, accused products, AirMedia Inc., SimpleAir, Inc., licensing, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| 20 | **Tim von Kaenel** (live or by deposition, including video)<br><br>Testimony may concern patents-in-suit, their subject matter of the patents, accused products, AirMedia Inc., SimpleAir, Inc., licensing, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

Case 2:09-cv-00289-MHS Document 434 Filed 03/27/12 Page 10 of 14 PageID #: 45914

| 21 | **Seth Weisberg** (live or by deposition, including video)<br><br>Testimony may concern patents-in-suit, their subject matter of the patents, SimpleAir, licensing, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |
| --- | --- | --- | --- | --- |
| 22 | **Hal Hirsch** (by deposition, including video)<br><br>New York surrounding area.<br><br>Testimony may concern the value of the patents, along with their transactional history, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: less than 1 hour. | | X | |
| 23 | **Yann Geron** (by deposition, including video)<br><br>Fox Rothschild LLP<br>100 Park Avenue, Suite 1500<br>New York, New York 10017<br><br>Testimony may concern the value of the patents, along with their transactional history, and/or additional topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: less than 1 hour | | X | |
| 24 | **Dr. Steven Shugan**<br><br>University of Florida,<br>Warrington College of Business Administration<br>Department of Marketing<br>PO Box 117155<br>201B BRY<br>Gainesville, Florida 32611-7155<br><br>Testimony: Apple's expert on damages-related issues.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-4 hours. | | X | |

Case 2:09-cv-00289-MHS Document 434 Filed 03/27/12 Page 10 of 13 PageID #: 4854

| | | | | |
|---|---|---|---|---|
| 25 | **Joe Hewitt** (live or by deposition, including video)<br><br>134 Hernandez Avenue<br>Los Gatos, CA 95030-5808<br><br>Testimony may concern Facebook, Inc., the Facebook application for iOS devices, licensing, and/or related topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-2 hours. | | X | |
| 26 | **Owen Yamauchi** (live or by deposition, including video)<br><br>443 Ventura Avenue, Apt. 13<br>Palo Alto, CA 94306-3499<br><br>Testimony may concern Facebook, Inc., the Facebook application for iOS devices, licensing, and/or related topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-2 hours. | | X | |
| 27 | **Erick Tseng** (live or by deposition, including video)<br><br>1 Saint Francis Place Apt. 1507<br>San Francisco, CA 94107-1330<br><br>Testimony may concern Facebook, Inc., the Facebook application for iOS devices, licensing, and/or related topics.<br><br>This witness has been deposed.<br><br>The expected duration of direct and cross examination of the witness: 1-2 hours. | | X | |

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com

11

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Adam R. Alper
State Bar No. 196834
adam.alper@kirkland.com
Ryan J. Casamiquela
State Bar No. 228559
ryan.casamiquela@kirkland.com
Sarah Forney
State Bar No. 254769
sarah.forney@kirkland.com
Jared Edgar
State Bar No. 245724
jared.edgar@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, Floor 24
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Gregory S. Arovas
State Bar No. 2553782
gregory.arovas@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center 153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Edward C. Donovan
State Bar No. 448102
edward.donovan@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Michael W. De Vries
State Bar No. 211001
michael.devries@kirkland.com
Justin Singh
State Bar No. 266279
justin.singh@kirkland.com

KIRKLAND & ELLIS LLP  
333 South Hope Street  
Los Angeles, California 90071  
Telephone: (213) 680-8400  
Facsimile: (213) 680-8500  

*Counsel for Apple Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 27th day of January, 2012.

Eric M. Albritton