IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation, | Civil Action No. 2:09-CV-289 (MHS) |
| Plaintiff, | **Jury Demanded** |
| vs. | |
| AWS Convergence Technologies, Inc., et al., | |
| Defendants. | |

## ORDER

The Court, having read and considered Plaintiff SimpleAir's Unopposed Motion to Exceed Page Limit (Doc. No. 457) with respect to its Sur-reply to Defendant Apple's Motion for Summary Judgment of Non-Infringement based on No Joint Infringement, and good cause appearing, hereby GRANTS the motion and ORDERS as follows:

SimpleAir's use of 12 pages of briefing in its sur-reply (filed as Doc. No. 455) is hereby permitted and the foregoing sur-reply brief is deemed properly filed.

IT IS SO ORDERED.

**SIGNED this 26th day of March, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE