IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-00289-MHS |
| | ) | |
| AWS CONVERGENCE TECHNOLOGIES, INC., ET AL. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Before the Court is Defendant Apple Inc.'s Unopposed Motion for Extension of Time (Doc. No. 454) to File Sur-Reply to Plaintiff SimpleAir, Inc.'s *Daubert* Motion to Exclude Certain Opinions of Dr. Stephen Wicker. Having considered the Motion, and finding that good cause exists and the relief sought is justified, it is hereby,

ORDERED that Apple shall have until March 28, 2012 to file its sur-reply.

IT IS SO ORDERED.

**SIGNED this 26th day of March, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE