IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AWS Convergence Technologies, Inc., et al.,<br><br>Defendants. | Civil Action No. 2:09-CV-289 (MHS)<br><br>**Jury Demanded** |

## ORDER

The Court, having read and considered Plaintiff SimpleAir's Unopposed Motion to Exceed Page Limit (Doc. No. 464) with respect to its Sur-reply to Defendant Apple's Motion to Strike Portions of the Expert Reports of Dr. James Knox, and good cause appearing, hereby GRANTS the motion and ORDERS as follows:

SimpleAir's use of 7 pages of briefing in its sur-reply (filed as dkt. #464) is hereby permitted and the foregoing sur-reply brief is deemed properly filed.

IT IS SO ORDERED.

**SIGNED this 28th day of March, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE