**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SIMPLEAIR, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-00289-MHS |
| | ) | |
| AWS CONVERGENCE | ) | **JURY TRIAL DEMANDED** |
| TECHNOLOGIES, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF AUTHORIZATION TO SEAL**

## CERTIFICATE OF AUTHORIZATION TO SEAL

The undersigned certifies that under Local Rule CV-5(a)(7)(A), Apple's Sur-Reply In Opposition To Simpleair's *Daubert* Motion To Exclude Certain Opinions Of Dr. Ray Perryman, filed on March 29, 2012 as Docket No. 489, is filed under seal pursuant to the Court's Protective Order entered in this matter.

*Adam R. Alper*
Adam R. Alper