# United States District Court
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, INC. | § | |
| | § | |
| v. | § | Case No. 2:09-cv-289 |
| | § | |
| AWS CONVERGENCE | § | |
| TECHNOLOGIES, INC., ET AL. | § | |

### ORDER ON MOTION TO SUPPLEMENT

Before the Court is Research in Motion Limited and Research in Motion Corporation's Motion for Leave to File Supplemental Expert Reports (Doc. No. 530). Pursuant to the Court's oral rulings and for the reasons stated during the pretrial conference held on April 5, 2012, the motion is **DENIED**.

It is SO ORDERED.

SIGNED this 9th day of April, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE