# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:09-cv-289-MHS |
| AWS Convergence Techs., Inc., et al., ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Come now, Plaintiff SIMPLEAIR, INC. and Defendants RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION LTD.

Notice is hereby given that RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION LTD. *("RIM")* and SIMPLEAIR, INC. have resolved all matters in controversy between them and these parties have executed a final settlement agreement. A joint motion for dismissal will be forthcoming shortly in accordance with the terms of the agreement.

Dated:  April 13, 2012             Respectfully submitted,

 */s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  gil@gillamsmithlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 13th day of April, 2012 per Local Rule CV-5(a)(3).

                                        */s/ Harry L. Gillam, Jr.*
                                        Harry L. Gillam, Jr.