# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, INC. | § § | |
| v. | § § | Case No. 2:09-cv-289 |
| AWS CONVERGENCE TECHNOLOGIES, INC., ET AL. | § § § | |

### AFFIDAVIT OF SPECIAL MASTER DAVID FOLSOM

1. I am over 18 years of age and have personal knowledge of the facts set forth in this Affidavit.

2. I have reviewed the provisions of 28 U.S.C. § 455 and have found no grounds for disqualification as Special Master in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of April, 2012.

DAVID FOLSOM
SPECIAL MASTER