# United States District Court

### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, LLC | § | |
| | § | |
| v. | § | Case No. 2:09-cv-289 |
| | § | |
| AWS CONVERGENCE | § | |
| TECHNOLOGIES, INC., ET AL. | § | |

## ORDER FOR EXPEDITED RESPONSE

Before the Court is Plaintiff SimpleAir's Emergency Motion to Compel Apple's Supplemental Production of Sales and Damages Related Information (Doc. No. 549). Jury selection and trial in this case begins April 23, 2012. In light of the urgent nature of this motion, Apple is hereby **ORDERED** to respond to this motion by 12:00 p.m. on Wednesday, April 18, 2012.

**It is SO ORDERED.**

**SIGNED this 17th day of April, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE