**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SIMPLEAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AWS CONVERGENCE TECHNOLOGIES, INC., ET AL., <br><br> Defendants. | Case No. 2:09-cv-289-MHS <br><br> JURY DEMANDED |

**Plaintiff SimpleAir's *Fourth Amended* Exhibit List**
(filed and served on 4/18/2012)

Plaintiff SimpleAir serves and files this *Fourth* Amended Exhibit List. This list updates the prior list in the following ways:

(1) removes exhibits PX-26, 36, 42, 52, 55, 56, 99, 105, 169, 185, 222-236, and 276;

(2) removes exhibit PX-179 (which was a collection of Apple source code printouts) and adds exhibits PX-620-644 (which are separate source code files taken from the collection), per a stipulation between the parties;

1

(3) reflects Apple's current objections, as SimpleAir understands them based on recent meet and confer discussions and the report and recommendation of Judge Folsom;

(4) adds exhibits PX-655 and 656 (which Apple produced yesterday); and

(5) adds a separate section titled "Impeachment Only." Plaintiff did not and does not interpret the Court's order of March 23, 2012 (dkt. #450) to require the identification of impeachment documents on the parties' exhibit lists. However, we conservatively interpret the Court's order of April 17, 2012 (dkt. #550) to require that impeachment exhibits be listed if there is any possibility (even if remote) of the exhibit being used for impeachment and for that reason identify such exhibits. We do not currently intend to offer any of these exhibits in evidence.

Plaintiff also anticipates that it will likely use at trial exhibits identified on Defendant Apple's exhibit list in addition to those below, though not in its case-in-chief, and to that extent also identifies the exhibits on Defendants' exhibit list.

Dated: April 18, 2012                    Respectfully submitted,

                                         By: /s/ *Jeff Eichmann*
                                             John Jeffrey Eichmann
                                             CA State Bar No. 227472
                                             (*admitted to practice in the Eastern District of Texas*)
                                             DOVEL & LUNER, LLP
                                             201 Santa Monica Blvd., Suite 600

Santa Monica, CA 90401
Telephone: 310-656-7066
Email: jeff@dovellaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux LLP
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

ATTORNEYS FOR PLAINTIFF,
SIMPLEAIR, INC.

### Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this 18th day of April 2012.

        /s/ *Jeff Eichmann*
        John Jeffrey Eichmann

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 1. | U.S. Pat. No. 7,035,914 | N/A | | | | |
| 2. | U.S. Pat. No. 6,021,433 | N/A | | | | |
| 3. | U.S. Pat. No. 6,167,614 | N/A | | | | |
| 4. | U.S. Pat. No. 6,735,614 | N/A | | | | |
| 5. | Provisional Pat. App. No. 60/010,651 (1/26/1996) | SA 1391 -1424 | | | | |
| 6. | Provisional Pat. App. No. 60/014,341 (3/29/1996) | SA 1431 - 1480 | | | | |
| 7. | Provisional Pat. App. No. 60/014,735  (4/1/1996) | SA 1488 - 1542 | | | | |
| 8. | Provisional Pat. App. No. 60/026,471 (9/23/1996) | SA 1558 - 1628 | | | | |
| 9. | Provisional Pat. App. No. 60/030839 (11/15/1996) | SA 1641 - 1667 | | | | |
| 10. | AirMedia Live presentation to Casio (slides and multimedia) | S 13373- 13439 | | | | |
| 11. | AirMedia Live materials (binder) | S 11157 – 11286 | | | | |
| 17. | Air Media Live press release – Jan 26, 1996 | S 11305-311 | | | | |
| 25. | AirMedia Live 2.0 User Guide – NewsCatcher | S 11332 – 412 | | | | |
| 28. | AirMedia Live Software documentation | S 11475 – 82 | | | | |
| 29. | AirMedia Live Viewer Server Applications Programming Interface | S 11516 - 541 | | | | |
| 37. | AirMedia Live Format Specification for the Ex Machina Information Transfer (EMIT) Message Standard | S 11772 - 73 | | | | |
| 39. | AirMedia Live User Manual – Alpha Version 1.03 | S 11869-935 | | | | |
| 41. | AirMedia Live Sales & Marketing Reference Book | S 12948 - 13222 | | | | |
| 46. | NEC Internet Antenna and AirMedia Live User's Guide | S 13273- 13332 | | | | |
| 47. | AirMedia Live for NEC Software and Demonstration CD-ROM (media content) | S 13333-36 | | | | |
| 48. | AirMedia Live promotional materials for NEC unit | S 13337 - 42 | | | | |
| 53. | AirMedia Live product literature | S 13078 - 79 | | | | |
| 58. | Phillips Mobile Internet Antenna product literature | S 13217 - 218 | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 73. | Samsung Electronics - User's Manual S5PC100, June, 2009 | S 18837 - 20699 | | H[1] | | |
| 75. | AirMedia Video Clips | S 18823 | | | | |
| 76. | Kapyla, Tuula, et al. *"Towards an Accessible Web by Applying PUSH Technology"* (exhibit 27 to SimpleAir's *Markman* brief) | N/A | | | | |
| 77. | AirMedia Media Relations Reference Book | S 12960 – 12967 | | | | |
| 78. | Ray, Eric J. et al.; *The Alta Vista Search Revolution;* Osborne McGraw-Hill 2nd ed., 1998<br>[Identified for potential use and publication under FRE 703] | N/A | | | | |
| 79. | Rosenfeld, Louis B.; *"The Untimely Death of Yahoo: How the Double-Whammy of Web Architecture and Information Retrieval Will Do Yahoo In,"* CMC Magazine (Sept. 1, 1995)<br><br>[Identified for potential use and publication under FRE 703] | S 20786 – 20789 | | | | |
| 80. | Eugene Spafford, "That's All, Folks" (April 29, 1993)<br>[Identified for potential use and publication under FRE 703] | S 20790 – 20792 | | | | |
| 81. | "The History of Yahoo! –How it All Started," Yahoo! Media Relations (2005);<br>[Identified for potential use and publication under FRE 703] | S 20793 | | | | |
| 82. | Lewis, Peter H., "Digital Equipment Offers Web Browsers Its 'Super Spider,'" The New York Times (Dec. 18, 1995)<br>[Identified for potential use and publication under FRE 703] | S 20794 | | | | |
| 83. | DEC Press Release, *"Digital Develops Internet's First 'Super Spider'" (Dec. 15, 1995)*<br>[Identified for potential use and publication under FRE 703] | S 20795 – 20797 | | | | |

---

[1] Objection overruled by Judge Folsom.  Dkt. #554 at 2.

2

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 84. | Gleick, James; *"Pushy, Pushy,"* The New York Times (March 23, 1997)<br>[Identified for potential use and publication under FRE 703] | S 20798 – 20799 | | | | |
| 85. | Intel White Paper, *Enhanced Intel SpeedStep Technology for the Intel Pentium M Processor* (March 2004)<br>[Identified for potential use and publication under FRE 703] | S 20800 – 20811 | | | | |
| 86. | Michaelas, Y. and Tassiulas, L.; *Paging System Design Issues and Overview of Common Paging Protcols* (July 15, 1998)<br>[Identified for potential use and publication under FRE 703] | S 20812 – 20836 | | | | |
| 88. | S. Zdonik, M. Franklin, R. Alonso, S. Acharya, *"Are 'Disks in the Air' Just Pie in the Sky?"* IEEE Workshop on Mobile Computing Systems and Applications, Santa Cruz, Cal., p.18 (December 1994) | S 20837 – 20844 | | | | |
| 100. | iPhone 3Gs highlighted features presentation | APPSIM00002625 –2855 | | | | |
| 101. | iPhone 3G Student Workbook | APPSIM00006396 – 6446 | | | | |
| 102. | Email titled: "HOT: Tech talk stats and images" | APPSIM00007693 – 7696 | | | | |
| 103. | Email titled: "Re: Q&A for iPhone OS 3.0 Event" | APPSIM00008092 – 8095 | | | | |
| 104. | Slide from WWDC presentation | APPSIM00008205 | | | | |
| 107. | Stirling specification, version 1.0 | APPSIM00001557 – 1587 | | | | |
| 109. | Local and Push Notification Programming Guide, 2010-05-27 | APPSIM00000281 – 328 | | | | |
| 111. | Stirling Maintenance Documentation (Version 1.0, September 11, 2009) | APPSIM00021748 – 21763 | | | | |
| 112. | Slide from WWDC re APNs | APPSIM00002708 | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 114. | Email titled : "Re: Notification Milestone," Feb. 26, 2009 | APPSIM00009150 | | | | |
| 116. | Apple Push Service; Stirling presentation, Nov. 2008 | APPSIM00075086 –75104 | | | | |
| 118. | Push Notification introduction presentation | APPSIM00006265 – 6277 | | | | |
| 119. | Overview of Apple Push Notification Service on iPhone OS 3.0 | APPSIM00007441 – 7444 | | | | |
| 122. | Remote Notification Documentation Plan, 2009-01-29 | APPSIM00008635 – 8650 | | | | |
| 123. | Push Notification Service – Wireless Notifications for iPhone presentation | APPSIM00024075 – 24159 | | | | |
| 127. | Apple Push Notification Service – Wireless Notifications for Apps presentation; Session 120 | APPSIM00079865 – 79932 | | | | |
| 137. | iPhone Human Interface Guidelines – User Experience, 2010-06-03 | APPSIM0000001-152 | | | | |
| 140. | Push Notification Service Green Paper, 2008-06-24 | APPSIM00009592 – 9623 | | | | |
| 148. | AT&T Wireless Terminal 3G Functional Lab Text Specification; 12/14/09 | APPSIM00126066 – 126275 | | | | |
| 149. | IMS-Based DMS Device Tests – Device Testing Document, 8/6/07 | APPSIM00126422 – 126465 | | | | |
| 150. | GSM & GPRS Encryption Test Plan with redline edits; 8/20/09 | APPSIM00127755 – 127755 | | | | |
| 151. | AT&T Device Requirements – Requirements Document; 3/6/09 | APPSIM00128831 – 130138 | | | | |
| 152. | ADAPT – AT&T Device Advanced Platform Testing – Chipset Platform Validation Process Overview; 2/25/09 | APPSIM00131156 – 131220 | | | | |
| 153. | AT&T Device Requirements for Mobile Virtual network Operators (MVNOs); 3/17/10 | APPSIM00131221 – 131232 | | | | |
| 154. | iPhone Development Guide – Tools & Languages: IDEs; 2010-03-19 | APPSIM00021411 – 21516 | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 156. | iOS Developer Program License Agreement | APPSIM00123834 – 123866 | | | | |
| 157. | iPhone OS 3.0 Software and SDK Update | APPSIM00007733 – 7736 | | | | |
| 158. | Kirkwood/iPhone OS 3.0 Product Brief (Version 1.1, March 5, 2009) | APPSIM00107104 – 107109 | | | | |
| 163. | iPhone OS Technology Overview – General, 2010-07-08 | APPSIM00000217 – 280 | | | | |
| 165. | What's New in iOS – General, 2010-07-08 | APPSIM00001517 – 1556 | | | | |
| 168. | Portions of a presentation regarding sales | APPSIM00005759 – 5765 | | | | |
| 177. | iPhone Block Diagram | APPSIM00123974 | | | | |
| 178. | iPhone Touch Block Diagram | APPSIM00123975 | | | | |
| 180. | Verizon Wireless White Paper – Verizon Wireless Private Network | VERIZON0000001 – 45 | | | | |
| 181. | Data Network Overview presentation; John Joyce (Data Engineer, Midwest Area Data Planning) | VERIZON0000046 – 86 | | | | |
| 182. | Data Network Road Show presentation; Chip Vignolini, et al. | VERIZON0000087 – 157 | | | | |
| 183. | CDMA2000 1xEV-DO presentation, Neville Arestani | VERIZON0000158 – 176 | | | | |
| 184. | "Radio Interface Packet Flow" and other diagrams | VERIZON0000177 – 182 | | | | |
| 186. | DOCIS – Cable Modem Termination System – Network Side Interface<br><br>Specification SP-CMTS-NSII01-960702). | S 20700 – 20716 | | | | |
| 187. | Langlois, Matthew J.; *ADSL Tutorial*, University of New Hampshire; Standard ITU G.992.x | S18824 – 18836 | | | | |
| 189. | Battery testing data and images, produced in connection with infringement reports of Dr. James Knox | N/A | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 202. | Guidelines for Apple Push Notification Service | APPSIM000007414-7417 | | | | |
| 239. | Introduction to Game Center – Overview Session 404, presentation slides | APPSIM00134892 – 134947 | | | | |
| 250. | GameKit Support for Turn Based Games | APPSIM00136415 – 136421 | | | | |
| 271. | Various presentation slides from iPhone Buyer Survey (Sinclair depo Exh. 77) | APPSIM00137992, etc. | | | | |
| 272. | Various presentation slides from iPhone Buyer Survey (Sinclair depo Exh. 76) | APPSIM00138077, etc. | | | | |
| 274. | FY 2011 iPhone Summary (sales, revenue) (Leun depo Exh. 153) [REDACTED VERSION] | APPSIM00141794 | | | | |
| 275. | iOS 3 Updates – iPod Touch units sold and billings table (Leung depo Exh. 162) [REDACTED VERSION] | APPSIM00141953 | | | | |
| 277. | US iAd Revenue Shared with developers (Leung Exh. 159) | APPSIM00143495 | | | | |
| 278. | iOS 3.0 Upgrade for iPod Touch | APPSIM00002716 | | | | |
| 282. | iPhone – Joseph Del Rocco presentation April 2009, PowerPoint presentation | N/A | | | | |
| 289. | Various presentation slides from iPhone presentation (Sinclair depo Exh. 81) | N/A | | | | |
| 377. | "Apple's iOS 4.2 Available Today for iPad, iPhone & iPod touch," Apple press release, November 22, 2010. | N/A | | | | |
| 378. | "Implementing Local and Push Notifications; Maybe You Don't Need Multitasking After All," WWDC Presentation. | APPSIM00141801 | | | | |
| 379. | "Introduction to Game Center," WWDC 2010 Presentation. | APPSIM00141806 | | | | |
| 380. | "Introduction to Game Center," WWDC 2011 Presentation. | APPSIM00141816 | | | | |
| 381. | "U.S. iPhone and iPod touch Apps Study," May 2010. | APPSIM00143907 – 144005 | | | | |
| 385. | Apple Special Event, April 8, 2010 (http://itunes.apple.com/us/podcast/apple-keynotes/id275834665). | N/A | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 386. | Apple Special Event, October 4, 2011 (http://itunes.apple.com/us/podcast/apple-keynotes/id275834665). | N/A | | | | |
| 387. | Apple, Inc. WWDC 2008 Keynote Address, Apple website (itunes.apple.com/us/podcast/apple-keynotes/id275834665). | N/A | | | | |
| 395. | Email from Eric Albert re battery testing, March 14, 2009. | APPSIM00109634 – 109635 | | | | |
| 397. | GameCenter-enabled Apps, sorted by Adam ID. | APPSIM00145845 | | | | |
| 400. | iOS 3 Updates – iPod touch. | APPSIM00141953 | | | | |
| 401. | iPhone Buyer Survey, FY10 – Q1. | APPSIM00137991 – 138075 | | | | |
| 402. | iPhone Buyer Survey, FY11 – Q1. | APPSIM00138076 – 138157 | | | | |
| 403. | iPhone Summary, FY 2009 – 2011 [REDACTED VERSION] | APPSIM00141794 | | | | |
| 404. | Provisioned Tokens to 09-05-11. | APPSIM00141954 | | | | |
| 410. | Units, Billings for ALL Apps, by ADAM ID. | APPSIM00144422 | | | | |
| 411. | US Billings/Units of Apps with APNS Traffic. | APPSIM00143906 | | | | |
| 412. | US iAd Revenue Shared with Dev. | APPSIM00143495 | | | | |
| 413. | US In-App Sales. | APPSIM00133661 | | | | |
| 414. | US iPad Sales and US iPod touch Sales [REDACTED VERSION] | APPSIM00141797 | | | | |
| 416. | WW Delivered 5-31-11 by Car./WW Received 5-31-11 by App | APPSIM00138865 | | | | |
| 417. | WWDC 2008 Keynote Address, June 9, 2008 (http://itunes.apple.com/us/podcast/apple-keynotes/id275834665). | N/A | | | | |
| 418. | WWDC 2011 Keynote Address, June 6, 2011 (http://itunes.apple.com/us/podcast/apple-keynotes/id275834665). | N/A | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 429. | Email between William Hays and David Rose, June 14, 2011 [Plaintiff will only use for impeachment purposes if appropriate and will approach the bench for permission to do so first][2] | HAY3930-32 | | | | |
| 511. | Backup data and images from testing of Dr. James Knox (produced in connection with infringement reports) | N/A | | | | |
| 512. | Summary of Dr. Knox opinions regarding Apple infringement | N/A | | Not produced demonstrative; reserving objections | | |
| 515. | iPhone 3Gs | N/A | | | | |
| 516. | iPhone 4 | N/A | | | | |
| 517. | iPhone 4S | N/A | | | | |
| 518. | iPad | N/A | | | | |
| 519. | iPad 2 | N/A | | | | |
| 520. | iPod Touch (3rd generation) | N/A | | | | |
| 528. | Summary of Robert Mills opinions regarding Apple damages | N/A | | Not produced demonstrative; reserving objections | | |
| 531. | Backup data produced in connection with Srinivasan initial report | N/A | | | | |
| 533. | Summary of Srinivasan opinions regarding Apple | N/A | | Not produced demonstrative; reserving objections | | |
| 534. | Summary of Srinivasan opinions regarding RIM | N/A | | | | |
| 563. | Apple iPhone Push Notifications | S 022823-63 | | | | |

---

[2] *See* Judge Folsom's report at dkt. #554 at 2.

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 612. | Back up documents and data produced in connection with Dr. Srinivasan's 2/29/12 supplemental report | n/a | | | | |
| 616. | Demonstrative exhibits for Dr. James Knox | n/a | | Not produced demonstrative; reserving objections | | |
| 617. | Demonstrative exhibits for Robert Mills | n/a | | Not produced demonstrative; reserving | | |
| 618. | Demonstrative exhibits for Dr. Srinivasan | n/a | | Not produced demonstrative; reserving objections | | |
| 619. | Diagram of APNs components | APPSIM00021763 | | | | |
| 620. | Source code print out | APPSIM-SCPO-00000033-35 | | | | |
| 621. | Source code print out | APPSIM-SCPO-00000040-41 | | | | |
| 622. | Source code print out | APPSIM-SCPO-00000044-49 | | | | |
| 623. | Source code print out | APPSIM-SCPO-00000054-55 | | | | |
| 624. | Source code print out | APPSIM-SCPO-00000067-68 | | | | |
| 625. | Source code print out | APPSIM-SCPO-00000069-70 | | | | |
| 626. | Source code print out | APPSIM-SCPO-00000073-75 | | | | |
| 627. | Source code print out | APPSIM-SCPO-00000076-78 | | | | |
| 628. | Source code print out | APPSIM-SCPO-00000079 | | | | |

9

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 629. | Source code print out | APPSIM-SCPO-00000084-86 | | | | |
| 630. | Source code print out | APPSIM-SCPO-00000106-108 | | | | |
| 631. | Source code print out | APPSIM-SCPO-00000109-110 | | | | |
| 632. | Source code print out | APPSIM-SCPO-00000111-112 | | | | |
| 633. | Source code print out | APPSIM-SCPO-00000113 | | | | |
| 634. | Source code print out | APPSIM-SCPO-00000139-142 | | | | |
| 635. | Source code print out | APPSIM-SCPO-00000148-159 | | | | |
| 636. | Source code print out | APPSIM-SCPO-0000196 | | | | |
| 637. | Source code print out | APPSIM-SCPO-0000197-199 | | | | |
| 638. | Source code print out | APPSIM-SCPO-00000291-293 | | | | |
| 639. | Source code print out | APPSIM-SCPO-00000351-364 | | | | |
| 640. | Source code print out | APPSIM-SCPO-00000647 | | | | |
| 641. | Source code print out | APPSIM-SCPO-00000648-APPSIM-SCPO-00000649 | | | | |
| 642. | Source code print out | APPSIM-SCPO-00000650-APPSIM-SCPO-00000651 | | | | |
| 643. | Source code print out | APPSIM-SCPO-00000652 | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 644. | Source code print out | APPSIM-SCPO-00000653-APPSIM-SCPO-00000657 | | | | |
| 655. | iPhone units – sales information | APPSIM00165589-592 | | | | |
| 656. | iPod Touch and iPad units – sales information | APPSIM00165593-94 | | | | |

**Impeachment only**

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 700. | 2010-07-26 Apple's Responses to First Set of Common Interrogatories and First Set of Individual Interrogatories | N/A | | | | |
| 701. | 2010-08-31 Apple First Supplemental Response to SimpleAir First Set of Interrogatories | N/A | | | | |
| 702. | 2010-12-20 Apple's Response to SimpleAir's Second Set of Interrogatories | N/A | | | | |
| 703. | Apple Supplemental Interrogatory Responses (Nos. 1-3) | N/A | | | | |
| 704. | Apple's Response to Individual Rogs 22-27 (6'20'11) | N/A | | | | |
| 705. | Apple's Second Supplemental Response to SimpleAir's First Set of Common Interrogatories | N/A | | | | |
| 706. | Apple Ex. A to Interrogatories Nos. 1-3 | N/A | | | | |
| 707. | Apple Supplemental Responses to Rog 21 | N/A | | | | |
| 708. | Apple Supplemental Rog Responses (8,11) | N/A | | | | |
| 709. | Professor Steven M. Shugan Expert Report | N/A | | | | |
| 710. | Shugan backup data | N/A | | | | |
| 711. | Professor Steven M. Shugan Supplemental Expert Report | N/A | | | | |
| 712. | Ray Perryman, Ph. D. Expert Report | N/A | | | | |
| 713. | Perryman backup data | N/A | | | | |
| 714. | Ray Perryman, Ph.D. Supplemental Report | N/A | | | | |
| 715. | Dr. Perryman's Invoices | N/A | | | | |
| 716. | Dr. Stephen Wicker Invalidity Expert Report (10/7/11) | N/A | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 717. | Dr. Stephen Wicker Supplemental Invalidity Expert Report (11/30/12) | N/A | | | | |
| 718. | Dr. Stephen Wicker Supplemental Expert Report (3'20'12) | N/A | | | | |
| 719. | Dr. Wicker Supplemental Expert Report (3'29'12) | N/A | | | | |
| 720. | Dr. Wicker's invoices | WICKER0001-10 | | | | |
| 721. | Expert report and attachments of William Hays | N/A | | | | |
| 722. | Hays invoices and emails | HAYS 3629-33, 3923-26 | | | | |
| 723. | Apple Initial Disclosures 8'6'10 | N/A | | | | |
| 724. | Apple Supplemental Initial Disclosures 7'6'11 | N/A | | | | |
| 725. | SimpleAir's P.R. 3-1 Infringement Contentions (Apple portions) | N/A | | | | |
| 726. | SimpleAir's P.R. 3-1 Amended Infringement Contentions (3'22'11) | N/A | | | | |
| 727. | Apple's P.R. 3-3 Invalidity Contentions and Charts | N/A | | | | |
| 728. | RIM's P.R. 3-3 Invalidity Contentions and Charts | N/A | | | | |
| 729. | Apple's P.R. 3-3 Amended Invalidity Contentions and Charts | N/A | | | | |
| 730. | RIM's P.R. 3-3 Amended Invalidity Contentions and Charts | N/A | | | | |
| 731. | Apple Supplemental Initial Disclosures 8'15'11 | N/A | | | | |
| 732. | BlackBerry Bold 9000 User Guide [Previously PX-434] | N/A | | | | |
| 733. | BlackBerry Bold 9700 User Guide [Previously PX-435 | N/A | | | | |
| 734. | BlackBerry Curve 8320 User Guide [Previously PX-436] | N/A | | | | |
| 735. | BlackBerry Curve 8350i User Guide [Previously PX-437] | N/A | | | | |
| 736. | BlackBerry Curve 8900 User Guide [Previously PX-438] | N/A | | | | |
| 737. | BlackBerry Storm 2 User Guide [Previously PX-439] | N/A | | | | |
| 738. | BlackBerry Storm 9500 User Guide [Previously PX-440] | N/A | | | | |

| Exh. # | Description | Bates | Offered | Objection | Admitted | Witness |
|---|---|---|---|---|---|---|
| 740 | BlackBerry Tour 9630 User Guide [Previously PX-441] | N/A | | | | |
| 741. | William Choi and Roy Weinstein, "An Analytical Solution to Reasonable Royalty Rate Calculations," *The Journal of Law and Technology*, Vol. 41, No. 1, 2001, pp. 49-63. | | | | | |
| 742. | Order in Oracle America, Inc. v. Google Inc. No. C 10-03561 (N.D. Cal.), docket item 785. | | | | | |
| 743. | Tanenbaum, Andrew. "Computer Networks," Third Edition | APPSIM00160819 - APPSIM00160821 | | | | |
| 744. | Steve Jobs Interview Clip | S 023073 | | | | |
| 745. | Distribution and Revenue Share Agreement between Apple and AT&T/Cingular dated August 10, 2006. | Produced by Apple without Bates range | | | | |
| 746. | Compilation of Smartphone pricing and features | S 022864-23072 | | | | |
| 747. | Robert Mills Expert Report on Apple damages and exhibits (served 10'7'11) | | | | | |
| 748. | Robert Mills Supp. Expert Report on Apple damages and exhibits (served 10'26'11) | | | | | |
| 749. | Robert Mills Supp. Expert Report (served 2'3'12) | | | | | |
| 750. | Robert Mills Supp. Expert Report (served 2'29'12) | | | | | |
| 751. | Dr. James M. Knox Expert report on Apple Infringement and exhibits (served 10'10'11) | | | | | |
| 752. | Dr. James M. Knox Supp. Expert report (February 3, 2012) | | | | | |
| 753. | Professor V. Seenu Srinivasan Expert Report and exhibits (served 10'7'11) | | | | | |
| 754. | Professor V. Seenu Srinivasan supplemental report (served 1'31'12) | | | | | |
| 755. | Professor V. Seenu Srinivasan supplemental report (served 2'17'12) | | | | | |
| 756. | Professor V. Seenu Srinivasan supplemental report (served 2'29'12) | | | | | |
| 757. | Backup data produced re Dr. Srinivasan's second survey | | | | | |