# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**DATE:**   April 22, 2012

| | |
|---|---|
| **JUDGE** | **COURTROOM DEPUTY:**   Linda Pritchard |
| **MICHAEL H. SCHNEIDER** | **COURT REPORTER:**      Jan Mason |

| | |
|---|---|
| **SIMPLEAIR, INC.** | |
| *Plaintiff,* | **CIVIL ACTION NO**:  **2:09-CV-289-MHS** |
| **v.** | |
| **AWS CONVERGENCE TECHNOLOGIES, INC.,** *et al.,* | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## DEFENDANT APPLE INC.'S EIGHTH REVISED EXHIBIT LIST

Pursuant to the Court's Order on Motions in Limine and to Refile Exhibit Lists and Objections (Dkt. No. 505), Order on Pending Motions (Dkt. No. 507), Order of Clarification (Dkt. No. 550), Memorandum Adopting Report and Recommendation of the Special Master (Dkt. No. 565), and Order Granting Production (Dkt. No. 564), Defendant Apple Inc. ("Apple") herewith serves and files its Seventh Revised Exhibit List in the above-captioned action, including Plaintiff SimpleAir, Inc.'s ("SimpleAir") asserted objections thereto.[1]

Specifically, Apple has amended its exhibit list to include documents produced today in compliance with the Court's Order Granting Production (Dkt. No. 564).[2]

---

[1]   Apple's exhibit list does not include documents that were subject to the Court's *Daubert* and *in limine* rulings without prejudice to its right to appeal these rulings and/or proffer these exhibits to the extent necessary to perfect its appeal rights.

[2]   The documents produced by Apple today include update financial information, prior versions of which the Court has ordered sealed.  *See* Dkt. No. 562.

Apple reserves the right to amend, or modify its list of trial exhibits to add additional or to remove trial exhibits in response to circumstances arising prior to, or during, trial.  Apple further reserve the right to seek to admit into evidence or otherwise rely on any trial exhibit that SimpleAir identifies on its trial exhibit list to the extent it is admissible.  Moreover, inclusion of an exhibit on this list is not an admission that it is admissible if offered by SimpleAir.  Apple lists certain documents they intend to use for impeachment purposes only, and therefore, do not necessarily agree that such documents are admissible evidence.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT APPLE INC. |
| --- | --- |
| John Jeffrey Eichmann<br>CA State Bar No. 227472<br>(*admitted to practice in the Eastern District of Texas*)<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>Telephone: 310-656-7066<br>Facsimile: 310-657-7069<br>Email: jeff@dovellaw.com | Adam R. Alper<br>State Bar No. 196834<br>adam.alper@kirkland.com<br>Ryan J. Casamiquela<br>State Bar No. 228559<br>ryan.casamiquela@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, Floor 24<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| S. Calvin Capshaw<br>State Bar No. 03783900<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>CAPSHAW DERIEUX LLP<br>114 E. Commerce<br>Gladewater, Texas 75647<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787<br>Email: ccapshaw@capshawlaw.com | Gregory S. Arovas<br>State Bar No. 2553782<br>gregory.arovas@kirkland.com<br>KIRKLAND & ELLIS LLP<br>Citigroup Center 153 East 53rd Street<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT APPLE INC. |
| --- | --- |
| | Michael W. De Vries<br>State Bar No. 211001<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500 |

PATENT INFRINGEMENT TRIAL

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-1 | U.S. Patent No. 6,021,433 dated 02/01/2000 | PA00002172-PA00002222 | | N.O.[3] | | |
| DX-13 | U.S. Patent No. 7,035,914 dated 04/25/2006 | APPSIM00155487 - APPSIM00155537 | | N.O. | | |
| DX-17 | Provisional Application 60/010,651 dated 01/26/1996 | S0018086-S0018125 | | N.O. | | |
| DX-18 | Provisional Application 60/014,341 dated 03/29/1996 | SA0001431-SA0001486 | | N.O. | | |
| DX-19 | Provisional Application 60/014,735 dated 04/01/1996 | SA0001487-SA0001556 | | N.O. | | |
| DX-20 | Provisional Application 60/026,471 dated 09/23/1996 | SA0001557-SA0001640 | | N.O. | | |
| DX-21 | Provisional Application 60/030,839 dated 11/15/1996 | SA0001641-SA0001668 | | N.O. | | |
| DX-43 | SimpleAir's Response to Defendants' Common Interrogatories (Nos. 1 & 2) and Exhibit 1 dated 7/22/2010 *(Impeachment Only)* | N/A | | N.O. (if objections are removed) | | |
| DX-44 | SimpleAir's Response to Apple's | N/A | | 402, 403 as | | |

---

[3] N.O. indicates no objection, subject to the reservations stated above.

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| | First Set of Interrogatories (Nos. 21 and 22) dated 8/16/2010 *(Impeachment Only)* | | | to response to rog 22 | | |
| DX-48 | Simpleair's Response to Defendants' First Set of Interrogatories (Nos. 1-8) from Simpleair Holdings, Inc. v. m-Qube, Inc. dated 08/24/2007 *(Impeachment Only)* | N/A | | 402, 403 as to response to rog 3, 4, 6, 7  Remove objections | | |
| DX-55 | John Payne Deposition Exhibit 7 (News Release) | PA0005003-PA0005004 | | N.O. | | |
| DX-56 | John Payne Deposition Exhibit 8 (Article Entitled "RDS/RBDS") | S0002313-S0002320 | | 802 | | |
| DX-57 | John Payne Deposition Exhibit 9 (Product Announcement) | S0013047-S0013050 | | N.O. | | |
| DX-58 | John Payne Deposition Exhibit 10 (Press Release) | S0011263-S0011265 | | N.O. | | |
| DX-59 | John Payne Deposition Exhibit 11 (Press Release) | S0013063-S0013065 | | N.O. | | |
| DX-60 | John Payne Deposition Exhibit 12 (Mobile Internet Antenna) | S0013076-S0013079 | | N.O. | | |
| DX-61 | John Payne Deposition Exhibit 13 (Service Plan Guide) | S0011157-S0011164 | | N.O. | | |
| DX-62 | John Payne Deposition Exhibit 14 (Bankruptcy Court | APPSIM00140676 - APPSIM00140713 | | 402, 403, 802 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| | Documentation) | | | | | |
| DX-63 | John Payne Deposition Exhibit 15 (Debtor's Response to the Objectionf of the U.S. Trustee) | APPSIM00141195 - APPSIM00141204 | | 402, 403, 802 | | |
| DX-64 | John Payne Deposition Exhibit 16 (Voluntary Petition to the Bankruptcy Court) | S0017943-S0017993 | | 402, 403, 802 | | |
| DX-66 | John Payne Deposition Exhibit 18 (Documents Regarding Verus International Group, Limited) | S0017913-S0017923 | | N.O. | | |
| DX-67 | John Payne Deposition Exhibit 19 (Trustee's Final Report) | APPSIM00141640 - APPSIM00141652 | | 402, 403, 802 | | |
| DX-70 | John Payne Deposition Exhibit 22 (Asset Purchase Agreement) | S0008121-S0008167 | | 402, 403 | | |
| DX-73 | John Payne Deposition Exhibit 25 (Assignment of Payment Rights) | S0019087-S0019089 | | 402, 403 | | |
| DX-75 | John Payne Deposition Exhibit 27 (User's Guide for the NewsCatcher Version of the AirMedia Offering) | S0013269-S0013334 | | N.O. | | |
| DX-76 | John Payne Deposition Exhibit 28 (Press Release) | S0013031-S0013032 | | N.O. | | |
| DX-77 | John Payne Deposition Exhibit 30 (Plaintiff SimpleAir's Supplemental Response to | N/A | | 402, 403, 802 as to response 8, | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
|  | Defendants' Common Interrogatories 7 through 12) *(Impeachment Only)* |  |  | 10, 11 |  |  |
| DX-82 | Timothy von Kaenel Deposition Exhibit 35 (Document from AirMedia to NEC Customer) | S0013205-S0013210 |  | N.O. |  |  |
| DX-83 | Timothy von Kaenel Deposition Exhibit 36 (AirMedia Press Release dated 07/28/1997) | S0013060-S0013062 |  | N.O. |  |  |
| DX-84 | Timothy von Kaenel Deposition Exhibit 37 (AirMedia Press Release dated 06/03/1996) | S0011274-S0011275 |  | N.O. |  |  |
| DX-86 | Timothy von Kaenel Deposition Exhibit 39 (News Article from the Orange County Business Journal dated 02/12/1996) | S0012169 |  | N.O. |  |  |
| DX-87 | Timothy von Kaenel Deposition Exhibit 40 (SimpleAir's Response to Defendants' Second Set of Common Interrogatories 3 through 12 dated 08/16/2010) *(Impeachment Only)* | N/A |  | 403  as to other defendants, response to 4 (bench issue), response to 5 (408 ), responses and objections |  |  |

| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
|------|-------------|-------------|-----|-----|-----|--------------------|
| | | | | to 7-12 Remove objections | | |
| DX-102 | Seenu Srinivasan Deposition Exhibit 1 (Report of V. "Seenu" Srinivasan, Ph.D. Submitted by Plaintiff SimpleAir as to Defendants Apple and RIM-Confidential dated 10/07/2011) (*Impeachment only*) | N/A | | N.O. | | |
| DX-103 | Seenu Srinivasan Deposition Exhibit 2 (Srinivasan, V.; Netzer, O, "Adaptive Self-Explication of Multiattribute Preferences," Journal of Marketing Research Vol. XLVIII pp. 140-156) | N/A | | N.O. | | |
| DX-104 | Seenu Srinivasan Deposition Exhibit 3 (Ofek, Elie; Srinivasan, V., "How Much Does the Market Value an Improvement in a Product Attribute?" Marketing Science, Vol. 21, No. 4, Fall 2002, pp.398-411) | N/A | | N.O. | | |

**APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST**

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| DX-105 | Seenu Srinivasan Deposition Exhibit 4 (Underlying Data to Expert Report of V. "Seenu" Srinivasan, Ph.D., ASEMAP Software Example dated 10/07/2011 - Confidential) (*Impeachment only*) | N/A | | N.O. | | |
| DX-113 | Seenu Srinivasan Deposition Exhibit 12 (Underlying Data to Expert Report of V. "Seenu" Srinivasa, Ph.D., Smartphone Data Dictionaries dated 10/07/2011) (*Impeachment only*) | N/A | | N.O. | | |
| DX-114 | Seenu Srinivasan Deposition Exhibit 13 (Underlying Data to Expert Report of V. "Seenu" Srinivasa, Ph.D., Smartphone Data Sets dated 10/07/2011) (*Impeachment only*) | N/A | | N.O. | | |
| DX-115 | Robert Mills Deposition Exhibit 1 (Expert Report of Robert Mills Regarding Defendant Apple Inc.) (*Impeachment only*) | N/A | | N.O. | | |
| DX-116 | Robert Mills Deposition Exhibit 2 (Supplemental Expert Report of Robert Mills Regarding Defendant Apple Inc.) | N/A | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| | (*Impeachment only*) | | | | | |
| DX-121 | James Knox Deposition Exhibit 1 (U.S. Patent No. 7,035,914 B1) | N/A | | N.O. | | |
| DX-123 | James Knox Dep. Ex. 3 (Expert Report of James M. Knox Ph.D. re '914 and '433 Submitted by SimpleAir as to Defendant Apple) (*Impeachment only*) | N/A | | N.O. | | |
| DX-124 | James Knox Dep. Ex. 4 (Supplemental Expert Report of James M. Knox, Ph.D. re '614 and '426 Submitted by SimpleAir as to Defendant Apple) (*Impeachment only*) | N/A | | N.O. | | |
| DX-125 | James Knox Dep. Ex. 5 (Rebuttal Expert Report of James M. Knox, Ph.D. re validity of '914, '433, '614, '426 Submitted by SimpleAir) (*Impeachment only*) | N/A | | N.O. | | |
| DX-126 | James Knox Deposition Exhibit 6 (Declaration of James Knox, Ph.D. (submitted by SimpleAir in support of its opening claim construction brief) (*Impeachment only*) | N/A | | | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-127 | James Knox Deposition Exhibit 7 (Blow-up of Finger Tips iPhone Quick Start Guide) | APPSIM00019641 | | N.O. | | |
| DX-128 | James Knox Deposition Exhibit 8 (Business Wire announcement re SkyTel) | N/A | | 802 | | |
| DX-129 | James Knox Deposition Exhibit 9 (RDS/RBDS, A Summary of Data Broadcasting Technologies and Potential Applications in Today's Market) | S2313-S2320 | | 802 | | |
| DX-130 | James Knox Deposition Exhibit 10 (iPad User Guide) | APPSIM00157302 - APPSIM00157499 | | N.O. | | |
| DX-132 | James Knox Deposition Exhibit 12 (U.S. Patent No. 6,735,614 B1) | N/A | | N.O. | | |
| DX-134 | James Knox Deposition Exhibit 14 (U.S. Patent No. 76,735,614 B1 with witness interlineations) | N/A | | 802 as to interlineations | | |
| DX-135 | James Knox Deposition Exhibit 15 (Apple Game Center: Social Gaming on iPod touch, iPhone, and iPad (http ://www.apple.com/game-center) | APPSIM00145837 - APPSIM00145839 | | N.O. | | |
| DX-136 | James Knox Deposition Exhibit 16 (Local and Push Notification | APPSIM00000281 - APPSIM00000328 | | 802 as to interlineati | | |

| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
|---|---|---|---|---|---|---|
| | Programming Guide) (with handwritten annotations) | | | on | | |
| DX-137 | James Knox Deposition Exhibit 17 (Stirling Design Specification) | APPSIM00001557 - APPSIM00001587 | | N.O. | | |
| DX-585 | William Hays Disclosure Attachment 4 ("MTel announces one million units in service worldwide," Press Release dated 11/28/1995) | HAYS00003299- HAYS00003300 | | 802 | | |
| DX-586 | William Hays Disclosure Attachment 5 (SkyTel Milestones) | HAYS00000932- HAYS00000933 | | 802 | | |
| DX-587 | William Hays Disclosure Attachment 6 ("Skytel Supports Wireless Capability of Apple Computer's 'Newton'," PR Newswire, dated 05/29/1992) | N/A | | 802 | | |
| DX-594 | William Hays Disclosure Attachment 13 (Collection of Press Releases from the mid-1990s) | N/A | | 802 | | |
| DX-596 | William Hays Disclosure Attachment 15 (U.S. Patent Application No. 08/215,817 dated 03/30/1994) | N/A | | N.O. | | |

**APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST**

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-597 | 06/20/1994-Apple Computer Launches eWorld, Its New Online Community, PR Newswire | PA00005196-PA00005197 | | 802 | | |
| DX-598 | 09/19/1994 - "Skytel Announces SkyCard; Intelligent Wireless Message Management for Mobile Computing," Business Wire | APPSIM00159339 - APPSIM00159341 | | 802 | | |
| DX-655 | 00/00/1994-"Apple Mobile Message System: The Wireless Messaging Solution for Mobile Professionals," | PA00005199-PA00005204 | | 802 | | |
| DX-659 | 05/27/2010 Local and Push Notification Programming Guide | APPSIM00000281-APPSIM00000328 | | N.O. | | |
| DX-678 | 09/28/1994-"AT&T Introduces AT&T PersonaLink [SM] Services, Available Today on Sony Magic Link [SM] Personal Communicator," Business Wire | PA00005242-PA00005243 | | 802 | | |
| DX-680 | 09/00/1995-Beckman, Mel, "Apple Mobile Message System," Macworld, September, 1995. | PA00005198 | | 802 | | |
| DX-697 | 09/28/1995 European Patent No. | APPSIM00159459 - | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| | WO 95/26113 | APPSIM00159494 | | | | |
| DX-703 | 04/26/1994-"FLEX Flexible High Speed Paging Protocol," | PA00007155-PA00007170 | | 402, 403, 802 | | |
| DX-708 | 01/00/1995-Gareiss, Robin, "A Value-Added Service with Brains," Data Communications, January 1995. | PA00015309-PA00015311 | | 802 | | |
| DX-713 | 01/30/1995-Houston, Gerald, Socket introduces PageCard Wireless Messaging System for Windows, Business Wire | PA00013965-PA00013967 | | 802 | | |
| DX-724 | 09/00/1981-"Internet Protocol DARPA Internet Program Protocol Specification," Information Sciences Institute Univ. of Southern California | PA00008806-PA00008854 | | N.O. | | |
| DX-734 | 00/00/1994-"Magic Link User's Guide PIC-1000," Sony | PA00014711-PA00014813 | | 802 | | |
| DX-735 | 06/00/1994-"MagicLink PIC-1000 Personal Intelligent Communicator Peripherals," Sony Corp., June 1994. | PA00009111-PA00009118 | | 802 | | |
| DX-736 | 00/00/1995-"Mail Forwarding Agent for Microsoft Mail," Socket Communications, Inc. | PA00009119-PA00009120 | | 802 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-739 | 01/03/1995-Menefee, Craig, "Apple Offers Wireless Mobile Message System," Newsbytes | PA00005213 | | 802 | | |
| DX-746 | 12/26/1994-Moeller, Michael, "Apple Wireless- Messaging Bundle Targets PowerBooks," PCWEEK, Vol. 11, No. 15, 12/26/1994-01/02/1995 | PA00005214-PA00005218 | | 802 | | |
| DX-760 | "PageCard Wireless Messaging System for Mobile Professionals," Socket Communications Inc. | PA00012320-PA00012323 | | 802 | | |
| DX-763 | 07/31/1995-"PageNet Boosts Network Speed, Efficiency with Deployment of FLEX Pagers on Nationwide and Local Systems," Business Wire | PA00012354-PA00012355 | | 802 | | |
| DX-777 | 10/00/1994-Reinhardt, Andy, "The Network with Smarts," Byte | PA00013215-PA00013225 | | 802 | | |
| DX-785 | 00/00/1995-"Seattle ready for paging upgrade; SkyTel proves Motorola's new FLEX™ paging format in tough-terrain Seattle; channel capacity to more than double,"  Business Wire | PA00013649-PA00013650 | | 802 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-788 | 11/00/1995-Seybold, Andrew M. "SkyTel Turns on 2-Way, PDA Developers," | PA00012426-PA00012479 | | 802 | | |
| DX-791 | 00/00/1994-"SkyTel announces availability of wireless messaging for Sony Magic Link personal communicatorsl Skytel announces agreement with Sony," Business Wire | PA00013910-PA00013911 | | 802 | | |
| DX-792 | 00/00/1994-SkyTel Go Wireless, SkyTel Corp., 1994. | PA00013926-PA00013931 | | 802 | | |
| DX-794 | 09/29/1994-"Sony's New Magic Link Personal Communicator," Newsbytes News Network | PA00014026-PA00014027 | | 802 | | |
| DX-800 | 09/24/1993-"Telocator Alphanumeric Protocol v. 1.3," The Personal Communications Industry Association | PA00014029-PA00014042 | | 802 | | |
| DX-803 | 05/09/1985-U.S. Patent No. 4,656,318 | APPSIM00157117 - APPSIM00157125 | | 802 | | |
| DX-805 | 07/05/1994-U.S. Patent No. 5,327,486 | PA00000740-PA00000751 | | N.O. | | |
| DX-811 | 09/02/1997-U.S. Patent No. 5,663,717 | PA00003286-PA00003306 | | 802 | | |
| DX-815 | 05/18/1999-U.S. Patent No. 5,905,865 | PA00001934-PA00002172 | | 402, 403, 802 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-843 | 07-06-1995-Apple Mobile Messaging System: Description (7/95)Apple Inc. | PA00005205-PA00005209 | | 802 | | |
| DX-874 | Source code excerpt (PCPersistentInterfaceManager. m) | APPSIM_SCPO_00000622 - APPSIM_SCPO_00000626 | | N.O. | | |
| DX-886 | 09/11/2009-Bleau, Darryl, "Stirling Maintenance Documentation" | APPSIM00021748 - APPSIM00021762 | | N.O. | | |
| DX-894 | 02/06/2009-SW Qualification Plan: Stirling 1.0 | APPSIM00083278 - APPSIM00083289 | | N.O. | | |
| DX-899 | Apple Push Notification Presentation | APPSIM00109932 - APPSIM00109963 | | N.O. | | |
| DX-901 | iPhone Block Diagram | APPSIM00123974 | | N.O. | | |
| DX-905 | Apple Technical Schematics 04/16/2010-N90 SINGLE_BRD PVT | APPSIM00124116 - APPSIM00124144 | | N.O. | | |
| DX-909 | 03/06/2009-"AT&T Device Requirements (Document Number 13340, Revision 3.6)," AT&T Intellectual Property | APPSIM00128831 - APPSIM00130138 | | N.O. | | |
| DX-914 | 11/15/2010-Game Kit Framework Reference | APPSIM00133103 - APPSIM00133268 | | N.O. | | |
| DX-915 | 10/25/2010-Game Kit Programming Guide | APPSIM00133269 - APPSIM00133352 | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-918 | Thunderdome Architecture | APPSIM00133664 | | N.O. | | |
| DX-923 | Push Battery Life: Analysis and Optimization | APPSIM00138848 - APPSIM00138863 | | N.O. | | |
| DX-924 | Worldwide Usage Data | APPSIM00138865 | | N.O. | | |
| DX-925 | 00/00/2011-Apple WWDC 2011 Keynote Address Video | APPSIM00138868 | | N.O. | | |
| DX-926 | 07/16/2009-License Agreement with Helferich Patent Licensing, LLC | APPSIM00138954 - APPSIM00138976 | | 402, 403, 408 | | |
| DX-928 | iTS Server Environment | APPSIM00139759 - APPSIM00139760 | | 402, 403 | | |
| DX-933 | 11/11/2010-Clarke, Josie, "Apple Wins 'Best Gadget' Award for iPad" | APPSIM00141854 | | 402, 403, 802 | | |
| DX-935 | 00/00/2011-"Apple Wins Give 2011 Mobility Awards," MacTech | APPSIM00141858 | | 402, 403, 802 | | |
| DX-936 | 05/16/2008-Sweney, Mark, "Apple Wins Two Design Awards" | APPSIM00141866 - APPSIM00141867 | | 402, 403, 802 | | |
| DX-942 | 10/13/2011-iOS: Using Game Center | APPSIM00145842 - APPSIM00145844 | | N.O. | | |
| DX-996 | 00/00/2010-iPhone User Guide | APPSIM00150567 - APPSIM00150810 | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-1000 | 02/00/1995-"User's Guide for Manual Operation: How to use your PageCard as a standalone alphanumeric pager," PageCard Wireless Messaging System, Socket Communications [PA0000875-PA0000904] | PA0000875-PA0000904 | | 802 | | |
| DX-1001 | 00/00/1996-AirMediaLive! User's Guide Version 1.0 | S11165-S11249 | | N.O. | | |
| DX-1002 | 00/00/1997-AirMedia E-Mail Alert Partners | S12968-S12978 | | N.O. | | |
| DX-1003 | 10/28/1997-AirMedia Press Release | S12991-S12993 | | N.O. | | |
| DX-1004 | 09/10/1997-Airmedia Press Release: AirMedia's Mobile Internet Antenna is First Push Solution for Mobile Computing Market" | S13006-S13008 | | | | |
| DX-1005 | 11/18/1996-AirMedia Press Release | S13042-S13046 | | N.O. | | |
| DX-1017 | iAnywhere: Understanding and Troubleshooting Pylon Anywhere Push and Alerts | S6703-S6717 | | 802 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-1033 | 04/25/1995-U.S. Patent No. 5,410,543 | APPSIM00157162 - APPSIM00157169 | | 402, 403, 802 | | |
| DX-1040 | 09/00/2000-Adam, John. "Internet Everywhere, MIT's Technology Review" at 88 | APPSIM00156301 - APPSIM00156312 | | 402, 403, 802 | | |
| DX-1045 | 12/01/1998-U.S. Patent No. 5,845,282 | APPSIM00157224 - APPSIM00157244 | | 402, 403, 802 | | |
| DX-1046 | 12/10/1996-U.S. Patent No. 5,583,993 | APPSIM00157207 - APPSIM00157223 | | 402, 403, 802 | | |
| DX-1047 | 09/24/2011 – Game Invites Spreadsheet | APPSIM00149225 | | N.O. | | |
| DX-1060 | 00/00/2010-iPhone User Guide for iOS 4.2 Software | APPSIM00150811 - APPSIM00151078 | | N.O. | | |
| DX-1064 | 01/24/2011-SimpleAir's Response to Apple's Second Set of Interrogatories (23 & 24) *(Impeachment Only)* | N/A | | 402, 403, 408 | | |
| DX-1065 | 09/23/2011-SimpleAir's Second Supplemental Response to Common Interrogatory 9 *(Impeachment Only)* | N/A | | N.O. | | |
| DX- | 09/23/2011-SimpleAir's | N/A | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| 1066 | Supplemental Response to Common Interrogatory 1 *(Impeachment Only)* | | | | | |
| DX-1067 | 10/08/2011-SimpleAir's Supplemental Response to Defendants' Common Interrogatory 3 *(Impeachment Only)* | N/A | | N.O. | | |
| DX-1072 | 07/22/2010-SimpleAir's Response to Defendants' First Set of Common Interrogatories (Nos. 1 & 2) *(Impeachment Only)* | N/A | | 402, 403, 802 as to response no. 2 | | |
| DX-1090 | 04/22/2010-UIKit Framework Reference, Apple, | APPSIM00000395 - APPSIM00001476 | | N.O. | | |
| DX-1104 | Marcellino, Chris. "Apple Push Notification Service: Wireless Notifications for Apps Session 118 (UIKit API and Best Practices) | APPSIM00078524 - APPSIM00078570 | | N.O. | | |
| DX-1131 | Video of Testing | APPSIM00157647 | | N.O. | | |
| DX-1134 | Steven Shugan Expert Report Exhibit 1a (Respondents with an Unrealisitc Battery Preference | N/A | | 403, 802 | | |

| | APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| | "All iPhone Users Sample" [N=134]-Confidential) | | | | | |
| DX-1135 | Steven Shugan Expert Report Exhibit 1b (Respondents with an Unrealisitc Battery Preference "All BlackBerry Users Sample" [N=166]-Confidential) | N/A | | 403, 802 | | |
| DX-1136 | Steven Shugan Expert Report Exhibit 1c (Respondents with an Unrealistic Battery Preference "Srinivasan All Users Sample" [N=332]-Confidential) | N/A | | 403, 802 | | |
| DX-1137 | Steven Shugan Expert Report Exhibit 1d (Respondents with an Unrealisitc Battery Preference "Main Sample" [N=580]-Confidential) | N/A | | 403, 802 | | |
| DX-1146 | Steven Shugan Expert Report Exhibit 5 (Respondents Preferring Less Frequent or No Notifications "Srinivasan All Users Sample" [N=332]-Confidential) | N/A | | 403, 802 | | |
| DX-1147 | Steven Shugan Expert Report Exhibit 6 (Respondents Preferring Less Frequent or No Notifications "Main Sample" | N/A | | 403, 802 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| | [N=580]-Confidential) | | | | | |
| DX-1258 | 12/23/2011 Expert Report of M. Ray Perryman, P.h.D. | N/A | | 403, 802 | | |
| DX-1351 | 10/13/2008-Smith, Stevie. "Resurgent iPod Honoured as 'Gadget of the Year' at T3 Awards," The Tech Herald http://www.thetechherald.com/article.php/200842/2230/Resurgent-iPod-honoured-as-Gadget-of-the-Year-at-T3-Awards | APPSIM00154685 - APPSIM00154688 | | 402, 403, 802 | | |
| DX-1379 | 03/00/2008-Berka, Justin. "Apple Wins Eight Product Design Awards at CeBIT," ars technica, http://arstechnica.com/apple/news/2008/03/apple-wins-eight-product-design-awards-at-cebit.ars | APPSIM00153105 - APPSIM00153017 | | 402, 403, 802 | | |
| DX-1436 | 03/04/2009-Truta, Filip. "Apple's iPods, iPhone 3G, MBA Nab Four iF Design Gold Awards," Softpedia, http://news.softpedia.com/news/Apple-039-s-iPods-iPhone-3G-MBA-Nab-Four-IF-Design- | APPSIM00153114 - APPSIM00153115 | | 802 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
|  | Gold-Awards-105984.shtml |  |  |  |  |  |
| DX-1543 | 00/00/1993-Varian, Hal. R. "Intermediate Microeconomics: A Modern Approach," (3rd Ed.). New York: W | APPSIM00155647 - APPSIM00155654 |  | 802 |  |  |
| DX-1549 | 00/00/0000 - Customer Features List | APPSIM00108035 - APPSIM00108367 |  |  |  |  |
| DX-1554 | 00/00/0000 - App Store Presentation | APPSIM00109692 - APPSIM00109727 |  | N.O. |  |  |
| DX-1568 | 00/00/2010-Apple Market Research & Analysis  FY10-Q2 -- Apple Market Research & Analysis | APPSIM00116589 - APPSIM0011740 |  | N.O. |  |  |
| DX-1572 | 00/00/0000 - Chart of App Billings | APPSIM00133661 |  | N.O. |  |  |
| DX-1574 | 02/00/2011-Apple Market Research & Analysis  FY11-Q1 Report-- iPad Tracking Study | APPSIM00137701 - APPSIM00137878 |  | N.O. |  |  |
| DX-1576 | 00/00/2011-Apple Market Research & Analysis   FY11-Q1-- iPhone Buyer Survey | APPSIM00138076 - APPSIM00138157 |  | N.O. |  |  |
| DX-1592 | Cost of APNS (Confidential-- AEO) | APPSIM00141792 |  | N.O. |  |  |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| DX-1593 | Estimated Cost for APNS | APPSIM00141793 | | N.O. | | |
| DX-1594 | iAd Revenue | APPSIM00141795 | | N.O. | | |
| DX-1621 | Revenue/Downloads for Push Enabled Apps | APPSIM00143906 | | N.O. | | |
| DX-1622 | 05/00/2010-"US iPhone and iPod touch Apps Study," Apple | APPSIM00143907 - APPSIM00144005 | | N.O. | | |
| DX-1624 | "Date of First Push for All Apps" | APPSIM00144420 | | N.O. | | |
| DX-1625 | Game Center Invite Data (usage) | APPSIM00145845 | | N.O. | | |
| DX-1672 | 00/00/2011 "Global Mobile Awards: Announcing the 2011 Winners,"  GSMA | APPSIM00141904 - APPSIM00141911 | | | | |
| DX-1685 | Seenu Srinivasan Expert Report Exhibit 3 (ASEMAP General Instructions) (*Impeachment only*) | N/A | | N.O. | | |
| DX- | Seenu Srinivasan Expert Report Exhibit 4 (1405-Rembrandt - | N/A | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| 1686 | Quantitative Screener & Questionnaire dated 09/15/2011) (*Impeachment only*) | | | | | |
| DX-1687 | Seenu Srinivasan Expert Report Exhibit 5 (1405-Rembrandt [Additional iPhone users] - Quantitative Screener & Questionnaire dated 9/16/2011 ) (*Impeachment only*) | N/A | | N.O. | | |
| DX-1688 | Seenu Srinivasan Expert Report Exhibit 6 (iPhone 3GS Battery Data - impact to standby time & BlackBerry Torch - impact to standby time) (*Impeachment only*) | N/A | | N.O. | | |
| DX-1689 | Seenu Srinivasan Expert Report Exhibit 7 (Table 1: Summary of Demographic Information) (*Impeachment only*) | N/A | | N.O. | | |
| DX-2190 | Newton MessagePad 100 (Item number: 140105576626) | N/A | | 901 | | |
| DX-2191 | Newton MessagePad 110 (Item number: 160105673146) | N/A | | 901 | | |
| DX- | Newton MessagePad 120 (Item number: 200098022850) | N/A | | 901 | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| 2193 | | | | | | |
| DX-2198 | Socket Pagecard Wireless Messaging Mobile (Item number: 300095875150) | N/A | | 901 | | |
| DX-2219 | SkyTel Pager-BEAC 423 B54 | N/A | | 901 | | |
| DX-2226 | Motorola NewsCard Pager 2714-1503-27507 (NEW) (Item number: 200171378986) | N/A | | 901 | | |
| DX-2253 | Newton External Fax Modem | N/A | | 901 | | |
| DX-2261 | Sony Magic Link (Item number: 330029849863) | N/A | | 901 | | |
| DX-2274 | Demonstrative Exhibits of Patrick Gates | N/A | | Reserving objections | | |
| DX-2280 | Demonstrative Exhibits of Dr. Stephen Wicker | N/A | | Reserving objections | | |
| DX-2282 | Demonstrative Exhibits of Dr. Ray Perryman | N/A | | Reserving objections | | |
| DX- | Demonstrative Exhibits of Dr. | N/A | | Reserving | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| 2287 | Steven Shugan | | | objections | | |
| DX-2296 | iPhone 4 | N/A | | N.O. | | |
| DX-2297 | iPad 2 | N/A | | N.O. | | |
| DX-2298 | iPod Touch (4th Generation) | N/A | | N.O. | | |
| DX-2309 | IEEE Std 802.11-1997: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications | APPSIM00161045-APPSIM00161510 | | N.O. | | |
| DX-2310 | IEEE Std 802.11-2007: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications | APPSIM00161511-APPSIM00162743 | | N.O. | | |
| DX-2311 | ANSI TI.413-1998 American National Standard for Telecommunications - Network and Customer Installation Interfaces - Assymetric Digital Subscriber Line (ADSL) Metallic Interface | APPSIM00162744-APPSIM00163007 | | N.O. | | |
| DX- | 3GPP2C.S0002-E Physical | APPSIM00163272- | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| 2312 | Layer Standard for cdma2000 Spread Spectrum Systems, Revision E | APPSIM00163835 | | | | |
| DX-2319 | Data Over Cable Interface Specifications, Radio Frequency Interface Specification, SP-RFII01-970326 (1997) | APPSIM00164392-APPSIM00164580 | | N.O. | | |
| DX-2320 | ETSI EN 301 349 V6.4.1 (199-12) | APPSIM00164581-APPSIM00164801 | | N.O. | | |
| DX-2325 | 3GPP2C.S0004-Signalling Link Access Control (LAC), Standard for cdma2000 Spread Spectrum Systems, Revision E v1.0 | APPSIM00164827-APPSIM00165094 | | N.O. | | |
| DX-2326 | ETSI TS 121 101 V6.0.0 (2004-12) | APPSIM00165095-APPSIM00165124 | | N.O. | | |
| DX-2328 | Grossman, Lev, TIME Magazine article | APPSIM00165134-APPSIM00165139 | | N.O. | | |
| DX-2329 | TIME Magazine article | APPSIM00165140-APPSIM00165140 | | N.O. | | |
| DX-2330 | 3GPP TR 23.922 V.1.0.0 (1999-10) | APPSIM00165141-APPSIM00165201 | | N.O. | | |
| DX- | 01/29/2008 Redner, Jordan | APPSIM00083083- | | N.O. | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| 2331 | "Apple Push Service Reporting and Alerting Requirements DRAFT" | APPSIM00083088 | | | | |
| DX-3234 | 05/01/1995 "SkyTel and Compuserve Team to Provide Wireless Messaging Services in Countries Worldwide" | APPSIM00165364-APPSIM00165365 | | N.O. | | |
| DX-3237 | Photographs of Apple Newton MessagePad | APPSIM00165410-APPSIM00165433 | | N.O. | | |
| DX-3242 | Photographs of Sony MagicLink | APPSIM00165509-APPSIM00165525 | | N.O. | | |
| DX-3243 | U.S. 8,064,896 patent dated June 5, 2009 | APPSIM00465526-APPSIM00165536 | | N.O.[4] | | |
| DX-3244 | *Les Nouvelles* (March 2008) *(Impeachment Only)* | APPSIM00165595-APPSIM00165702 | | | | |
| DX-3245 | Mills, Robert, "Regression Analysis Applications in Litigation" (From Practising Law Institute Pocket | APPSIM00165703-APPSIM00165725 | | | | |

---

[4] SimpleAir is reserving the right to object to testimony about this exhibit.

| **APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST** |
|---|

| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
|---|---|---|---|---|---|---|
| | MBA: Finance for Lawyers, Summer 2011) (*Impeachment Only*) | | | | | |
| DX-3246 | Source code excerpt (project/courier/courier.c)[5] | APPSIM-SCPO-00000146 | | | | |
| DX-3247 | Expert report of Robert Mills dated 10/07/2011, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3248 | Expert report of Seenu Srinivasan dated 10/07/2011, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3249 | Expert report of James Knox dated 10/10/2011, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3250 | Supplemental expert report of James Knox dated 10/19/2011, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX- | Supplemental expert report of Robert Mills dated 10/26/2011, | N/A | | | | |

[5] DX-3246 is a subsection of PX-179, which the Court had previously ordered sealed.  *See* Dkt. No. 562.

| \ | APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| 3251 | including exhibits thereto (*Impeachment only*) | | | | | |
| DX-3252 | Rebuttal expert report of James Knox dated 12/23/2011, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3253 | Supplemental expert report of Seenu Srinivasan dated 01/31/2012, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3254 | Supplemental expert report of Robert Mills dated 02/03/2012, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3255 | Supplemental expert report of James Knox dated 02/09/2012, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3256 | Supplemental expert report of Robert Mills dated 02/29/2012, including exhibits thereto (*Impeachment only*) | N/A | | | | |
| DX-3257 | Supplemental expert report of Seenu Srinivasan dated 02/29/2012, including exhibits thereto (*Impeachment only*) | N/A | | | | |

| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
|------|-------------|-------------|-----|-----|-----|--------------------|
| DX-3258 | 12/25/2009 - Exhibit A to Melissa Keyes Decl. In Support of Defendants Joint Motion to Transfer Venue "SimpleAir Corporation Data, California Business Portal" (Docket No. 98-2) (*Impeachment only*) | N/A | | | | |
| DX-3259 | 08/17/2009 - Exhibit C to Melissa Keyes Decl. In Support of Defendants Joint Motion to Transfer Venue "Certificate of Formation For-Profit Corporation - SimpleAir, Inc." (Docket No. 98-4) (*Impeachment only*) | N/A | | | | |
| DX-3260 | 09/15/2009 - Exhibit D to Melissa Keyes Decl. In Support of Defendants Joint Motion to Transfer Venue "Certificate of Merger of SimpleAir, Inc. and SimpleAir Holdings, Inc." (Docket No. 98-5) (*Impeachment only*) | N/A | | | | |
| DX-3261 | 12/27/2001 Opposition of Versus International Group, Ltd. to Motion of Chapter 7 Trustee to Approve Settlement - in re | APPSIM00141452 - APPSIM00141460 | | | | |

**APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST**

| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
|------|-------------|-------------|-----|-----|-----|--------------------|
| | Air Media Corp. (*Impeachment only*) | | | | | |
| DX-3262 | SimpleAir's *Daubert* motion to exclude certain opinions of Dr. Stephen Wicker (Docket No. 348) (*Impeachment only*) | N/A | | | | |
| DX-3263 | Revised Joint Pretrial Order dated 03/27/2012 (Docket No. 469), including exhibits thereto. (*Impeachment only*) | N/A | | | | |
| DX-3264 | Deposition transcript of James Knox, Ph.D. dated 05/12/2011 (*Impeachment only*) | N/A | | | | |
| DX-3265 | Deposition transcript of James Knox, Ph.D. dated 01/19/2012 (*Impeachment only*) | N/A | | | | |
| DX-3266 | Deposition transcript of James Knox, Ph.D. dated 01/20/2012 (*Impeachment only*) | N/A | | | | |
| DX-3267 | Deposition minuscript of James Knox, Ph.D. dated 02/02/2012 (*Impeachment only*) | N/A | | | | |
| DX-3268 | Deposition minuscript of James Knox, Ph.D. dated 02/03/2012 (*Impeachment only*) | N/A | | | | |
| DX- | Deposition of John Payne dated | N/A | | | | |

APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| EX # | DESCRIPTION | BATES RANGE | Off | Obj | Adm | WITNESS TESTIFYING |
| 3269 | 08/17/2011 (*Impeachment only*) | | | | | |
| DX-3270 | Deposition of John Payne dated 08/18/2011 (*Impeachment only*) | N/A | | | | |
| DX-3271 | Deposition of Tim von Kaenel dated 08/19/2011 (*Impeachment only*) | N/A | | | | |
| DX-3272 | Deposition of Seth Weisberg dated 08/24/2011 (*Impeachment only*) | N/A | | | | |
| DX-3275 | Deposition of V. Seenu Srinivasan dated 12/16/2011 (*Impeachment only*) | N/A | | | | |
| DX-3276 | Deposition of Robert Mills dated 01/05/2012 (*Impeachment only*) | N/A | | | | |
| DX-3277 | Deposition of Robert Mills dated 01/06/2012 (*Impeachment only*) | N/A | | | | |
| DX-3278 | Complaint for Patent Infringement by SimpleAir, Inc. dated 09/23/2009. (*Impeachment only*) | N/A | | | | |
| DX-3279 | Exhibits to 10/07/2011 Expert Report of V. Srinivasan | N/A | | | | |

| APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| DX-3280 | Backup data to 10/07/2011 Expert Report of V. Srinivasan | N/A | | | | |
| DX-3281 | Exhibits to 02/29/2012 Expert Report of V. Srinivasan | N/A | | | | |
| DX-3282 | Backup data to 02/29/2012 Expert Report of V. Srinivasan | N/A | | | | |
| DX-3283 | Declaration of James Knox in Response to Defendant Apple's Motion for Summary Judgment of Non-infringement based on No Joint Infringement (03/02/2012) (*Impeachment only*) | N/A | | | | |
| DX-3284 | All App Sales and In App Purchases | APPIM00165726 | | | | |
| DX-3285 | APNS Apps, Sales, In App Purchases | APPIM00165727 | | | | |
| DX-3286 | APNS Connections | APPIM00165728 | | | | |
| DX- | APNS Equipment Cost | APPIM00165729 | | | | |

| | | APPLE INC.'S EIGHTH AMENDED EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|---|
| **EX #** | **DESCRIPTION** | **BATES RANGE** | **Off** | **Obj** | **Adm** | **WITNESS TESTIFYING** |
| 3287 | | | | | | |
| DX-3288 | iAd Revenue | APPIM00165731 | | | | |
| DX-3289 | Data First Push | APPSIM00165735 | | | | |

Dated: April 22, 2012

Respectfully submitted,

  */s/ Adam R. Alper*

Adam R. Alper
Ryan J. Casamiquela
KIRKLAND & ELLIS LLP
555 California Street, Floor 24
San Francisco, California 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
adam.alper@kirkland.com
ryan.casamiquela@kirkland.com

Gregory S. Arovas
KIRKLAND & ELLIS LLP
Citigroup Center 153 East 53rd Street
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900
gregory.arovas@kirkland.com

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
michael.devries@kirkland.com

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903)758-7397
ema@emafirm.com

**ATTORNEYS FOR DEFENDANT
APPLE INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served by email to the recipients below on this 22th day of April 2012.

John Jeffrey Eichmann
DOVEL & LUNER LLP
201 Santa Monica Blvd
Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: jeff@dovellaw.com

_/s/ Amy R. Lemyre_
Amy R. Lemyre